UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LARISSA SILVEIRA, individually and on behalf of all others similarly situated,

    *Plaintiff*,

vs.

KINETIC BRANDS LLC dba CRETE,

    *Defendant*.

_____/

Case No. 1:22-cv-20288-DPG

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Larissa Silveira, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Larissa Silveira, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: March 11, 2022

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

        Respectfully submitted,

        **SHAMIS & GENTILE, P.A.**
        14 NE 1st Ave., Suite 705
        Miami, FL 33132
        Telephone (305) 479-2299
        Facsimile (786) 623-0915
        Email: efilings@sflinjuryattorneys.com

By:    */s/ Andrew J. Shamis*
        Andrew J. Shamis, Esq.
        Florida Bar # 101754

*Counsel for Plaintiff and the Class*